**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Salem Services Group, LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-3563447** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **624 Matthews-Mint Hill Road**<br>**Suite A**<br>**Matthews, NC 28105**<br>Number, Street, City, State & ZIP Code | **c/o Gary Moore**<br>**9417 White Dove Court**<br>**Charlotte, NC 28277**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Mecklenburg**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Salem Services Group, LLC**
     Name
                                                  Case number (*if known*)

---

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | | Relationship |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

Debtor   **Salem Services Group, LLC**  
Name   Case number *(if known)*

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Salem Services Group, LLC** | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 2, 2016**
                      MM / DD / YYYY

**X** **/s/ Gary Moore**                                    **Gary Moore**
Signature of authorized representative of debtor        Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ David R. Badger**                          Date    **June 2, 2016**
Signature of attorney for debtor                              MM / DD / YYYY

**David R. Badger**
Printed name

**David R. Badger, P.A.**
Firm name

**2108 South Boulevard
Suite 118, Atherton Lofts
Charlotte, NC 28203**
Number, Street, City, State & ZIP Code

Contact phone    **(704) 375-8875**        Email address

**156**
Bar number and State

# CONTRACT FOR LEGAL REPRESENTATION
## CHAPTER 7

The fee of $5,000.00 is an initial retainer for services. I agree that this retainer is earned by David R. Badger, P.A. when paid.  I understand that all time spent on my case is accounted for and will be billed against my initial retainer on an hourly basis.  ADDITIONAL SERVICES OVER THE AMOUNT OF THE INITIAL RETAINER WILL BE BILLED DIRECTLY TO ME PERIODICALLY AFTER THE SERVICES ARE PROVIDED AND MAY BE APPLIED FOR AND APPROVED BY THE COURT UNLESS OTHERWISE AGREED BY DAVID R. BADGER, P.A. AND MYSELF.  In addition to the foregoing, I agree that any gross recovery from a creditor for violation of the Automatic Stay and/or Discharge Injunction shall be split equally between myself and David R. Badger, P.A. as a contingency fee for the prosecution of said matters after payment of actual costs.

Offer-for-contract will automatically terminate, if not returned, both signed and accompanied by initial retainer for services, thirty (30) days after Initial Office Consultation (IOC).  Any information gained by David R. Badger, P.A. from IOC shall not be used or revealed except as provided by North Carolina Rules of Professional Conduct, Rule 1.9.  Failure to timely cooperate in the preparation and conduct of my case will result in my file being closed without refund of monies paid. I will be given thirty (30) days' notice prior to closing my file without refund.

Terms of payment are net ten (10) days for billed accounts. Failure to pay timely indicates my consent to the withdrawal of David R. Badger, P.A. as my attorney.   INTEREST AT 18% PER ANNUM on billed accounts outstanding more than ten (10) days will be my responsibility.  There is a SERVICE CHARGE OF $25.00 for any checks returned to David R. Badger, P.A. for insufficient funds. I agree to pay all court costs plus a maximum attorneys' fee of fifteen percent (15%) of the then unpaid balance if David R. Badger, P.A. must file a lawsuit to collect any unpaid fees and/or expenses. The undersigned client(s) consent to venue in Mecklenburg County, North Carolina.

The hourly rates for legal services shall be standard rates charged by David R. Badger, P.A., which are $535.00 per hour for David R. Badger, $225.00 per hour for associate attorneys and $175.00/$100.00 per hour for paralegals.  I understand THE RATES ARE SUBJECT TO BEING RAISED ANNUALLY AND I WILL BE NOTIFIED IN WRITING IN ADVANCE OF ANY RATE INCREASE.

In addition to the above attorneys' fees, ALL COURT COSTS AND OUT-OF-POCKET COSTS SHALL BE TIMELY PAID BY ME including, but not limited to, credit counseling and credit bureau search fees and deposition costs. I agree to indemnify David R. Badger, P.A. for any deposition costs charged to the firm or its attorneys.

NO GUARANTEES OR PROMISES HAVE BEEN MADE TO ME BY ANY MEMBER OF THE FIRM OF DAVID R. BADGER, P.A., OR ITS STAFF, CONCERNING THE OUTCOME OR RESULTS OF THEIR EMPLOYMENT HEREIN.  DAVID R. BADGER, P.A. HAS BEEN PROVIDED INFORMATION BY ME AND THAT INFORMATION IS TRUE AND MAY BE RELIED UPON BY THE FIRM.

I request that all correspondence be sent to me at this e-mail address: _____.  It is my responsibility to maintain these records and to advise David R. Badger, P.A. in writing of a new e-mail address or to send documents to me by regular mail at my expense. In cases of joint representation of spouses, communication with one spouse will be deemed communication with both spouses and David R. Badger, P.A. may disclose to both spouses any facts disclosed by either spouse.

I understand and agree to the policy of David R. Badger,, P.A. to destroy my files six (6) years after the conclusion of the representation. Client documents provided to us should be picked-up at our office within thirty (30) days after your case is closed.  I will request any documents prior to that time if I desire same. I agree to pay a file retrieval fee of $35.00 plus copy costs for document requests made after the file is closed.

IN THE EVENT OF A DISPUTE CONCERNING FEES OR EXPENSES INCURRED, I MAY REQUEST ARBITRATION THROUGH THE NORTH CAROLINA STATE BAR OR THE MECKLENBURG COUNTY FEE ARBITRATION COMMITTEE C/O MECKLENBURG COUNTY BAR ASSOCIATION, 438 QUEENS ROAD, CHARLOTTE, NC  28204 (704) 375-8624.  I UNDERSTAND AND AGREE THAT THE UNITED STATES BANKRUPTCY COURT AND/OR MECKLENBURG COUNTY COURTS, NORTH CAROLINA HAS JURISDICTION OVER ATTORNEY'S FEES, EXPENSES, AND RELATED DISPUTES.  IF EITHER PARTY SEEKS REMOVAL TO THE UNITED STATES BANKRUPTCY COURT, MOVANT SHALL BEAR ALL ASSOCIATED COSTS.

I have received a copy of this contract.  I have read this contract and it has been explained to me.  By my signature, I have entered into and agree to abide by its terms and conditions.

Dated:  _____        _____/s/_____(Seal)
Salem Services Group, LLC, by
Gary Moore, Managing Member


_____/s/_____(Seal)
Gary Moore, Personal Guarantor



Dated:  _____        _____/s/_____
DAVID R. BADGER, P.A.
2108 South Boulevard, Suite 118
Charlotte, NC 28203
(704) 375-8875
By David R. Badger, President

# WAIVER OF NOTICE OF SPECIAL MEETING
## OF THE BOARD OF DIRECTORS OF
## SALEM SERVICES GROUP, LLC

The undersigned, being all of the members of Salem Services Group, LLC, hereby agree and consent that a special meeting of the members of the corporation be held on the date and at the time and at the place stated below for the purpose of transacting the business hereinafter set forth and hereby waive all notice of the meeting and of the meeting and of any adjournment thereof:

|  |  |
|---|---|
| Date of Meeting: | June 2, 2016 |
| Time of Meeting: | 12:30 p.m. |
| Place of Meeting: | Law Offices of David R. Badger, P.A. |
| Purpose of Meeting: | To empower the Members of the corporation to retain the firm of David R. Badger, P.A., Charlotte, North Carolina, to represent the corporation in a Chapter 7 proceedings in the United States Bankruptcy Court for the Western District of North Carolina. |

Dated: _____          ___/s/_____
                                    Gary Moore, Managing Member


        (Corporate Seal)

# MINUTES OF SPECIAL MEETING
## OF THE MEMBERS OF
## SALEM SERVICES GROUP, LLC

The special meeting of the Members of Salem Services Group, LLC was held on the date, time and at the place set forth in the attached waiver of notice signed by all of the members.

Financial affairs and books and records of the corporation were examined with discussion and consideration of same.

Having discussed the financial affairs and examined the books and records of the corporation, it was recommended that the corporation authorize the filing of a Chapter 7 Petition in the United States Bankruptcy Court for the Western District of North Carolina.   This recommendation was voted upon by all members of the corporation to retain David R. Badger, P.A. as attorneys for the corporation in said proceeding.

Dated: _____         __/s/_____
                                   Gary Moore, Managing Member


(Corporate Seal)

# CERTIFICATE OF RESOLUTION OF
# MEMBERS OF
# SALEM SERVICES GROUP, LLC

I, Gary Moore, the duly elected, qualified and acting Managing Member of Salem Services Group, LLC, hereby certify that the Members of Salem Services Group, LLC, duly adopted the following Resolutions on June 2, 2016. Resolutions have not been amended or revoked and are now in full force and effect:

RESOLVED, that the members of Salem Services Group, LLC are hereby authorized and directed to file on behalf of the corporation a petition for relief under Chapter 7, Title 11 of the United States code in the United States Bankruptcy Court for the Western District of North Carolina; and

RESOLVED, that the members of Salem Services Group, LLC, are hereby authorized and directed to retain the law firm of David R. Badger, P.A. to represent it in connection with such proceedings.

Dated: _____          ___/s/_____
                                       Gary Moore, Managing Member

(Corporate Seal)

**Local Form 16**                                                    **March 2013**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:

|                              |   |                     |
|------------------------------|---|---------------------|
|                              | ) | Case No: 16-3       |
| SALEM SERVICES GROUP, LLC    | ) |                     |
|                              | ) | Chapter 7           |
|                    Debtor.   | ) |                     |

**CORPORATE OWNERSHIP STATEMENT**
**SALEM SERVICES GROUP, LLC**

Check one:  _X_ DEBTOR  ___PLAINTIFF  ___DEFENDANT  ___OTHER (specify): _____

*Instructions: Fed. R. Bankr. P. 7007.1 requires corporate parties to an adversary proceeding, other than the debtor or a governmental unit, to file a statement of corporate ownership with the first pleading filed. Fed. R. Bankr. P. 1007(a)(1) requires corporate debtors to file with the petition a Corporate Ownership Statement containing the information described in Fed. R. Bankr. P. 7007.1. Check one of the statements set forth below and provide any information as directed.*

☐  **1.  The following corporations directly or indirectly own 10% or more of any class of the above named corporate debtor's/party's equity interests:**

Name:_____

Address:_____


Name:_____

Address:_____


*(For additional names, attach an addendum to this form.)*

☒  **2.  There are no entities that directly or indirectly own 10% or more of any class of the above named corporate debtor's/party's equity interests.**


Date: _____

_/s/_____
Gary Moore
Managing Member of Salem Services Group, LLC

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Salem Services Group, LLC** _____   Case No. _____

                                                    Debtor(s)      Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June  2, 2016** _____          **/s/ Gary Moore** _____

                                                    **Gary Moore/Managing Member**
                                                    Signer/Title

North Carolina Department of Revenue
Attn.: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168


Internal Revenue Service
Attn.: Insolvency Unit
P.O. Box 21126
Philadelphia, PA 19114-0326


NC Department of Revenue
301 McCullough Drive, Suite 300
Charlotte, NC 28262-1335


NC Department of Revenue
P.O. Box 871
Raleigh, NC 27602


A&B Portable Toilets, Inc.
2544 Alamance Church Road
Greensboro, NC 27406


A&R Sheet Metal Works, Inc.
945 Main Road
Johns Island, SC 29455


AAA
P.O. Box 29600
Charlotte, NC 28229


Able Metal Fabricators, Inc.
3441 Reno Avenue
Charlotte, NC 28216


ADT Security Services
3190 S. Vaughn Way
Aurora, CO 80014


ADT Security, LLC
c/o Sko Brenner American
P.O. Box 9320
Baldwin, NY 11510

Advanced Chemical Technologies, Inc.
9608 N. Robinson Avenue
Oklahoma City, OK 73114


Ahern Rentals, Inc.
c/o James R. Vann, Esq.
Vann Attorneys
1720 Hillsborough Street, Suite 200
Raleigh, NC 27605


Ally Financial
Attn: Bankruptcy
P.O. Box 130424
Roseville, MN 55113


ASIC
640-B Matthews Mint-Hill Road
Matthews, NC 28105


AT&T
P.O. Box 105262
Atlanta, GA 30348-5262


B&B Porta-Jons
104 Arundel Drive
Orangeburg, SC 29118


BB & T Financial, FSB
Bankcard Service Center
P.O. Box 698
Wilson, NC 27894-0698


BB&T
P.O. Box 1847
Attn: Bankruptcy
Wilson, NC 27894


BB&T
200 S. College St. 2nd Floor
Charlotte, NC 28202


Bel-Mac Roofing, Inc.
1996 South US 1
Rockledge, FL 32955

Bemco, Inc.
2255 Union Place
Simi Valley, CA 93065


Bond Brokers, Inc.
6160 N. Cicero Avenue, Suite 610
Chicago, IL 60646


Brame Specialty Co, Inc.
P.O. Box 271
Durham, NC 27702


Buck Lumber & Building Supply, Inc.
191 Maybank Highway
Charleston, SC 29412


Builders Mutual Insurance Co.
P.O. Box 150005
Raleigh, NC 27624-0005


C. Hamilton Jarrett, Esq.
Conner Gwyn Schneck, PLLC
P.O. Box 30933
Raleigh, NC 27622


Caleb M. Riser, Esq.
Richardson Plowden
P.O. Drawer 7788
Columbia, SC 29202


Callison Tighe
P.O. Box 1390
Columbia, SC 29202


Capitol Materials Coastal
140 Winyah Road
Conway, SC 29526-9715


Capitol Materials of Savannah
305 Telfair Road
P.O. Box 2847
Savannah, GA 31402-2847

Carolina Cool, Inc.
Attn.: Kami Beatty
124 Surfside Industrial Park
Surfside Beach, SC 29575


Carolina Staffing Resources
 224 Westinghouse Blvd #601
Charlotte, NC 28273


Carolina Waste & Recycling, LLC
5265 International Boulevard #200
North Charleston, SC 29418


Carter Chevrolet
P.O. Box 305
Shelby, NC 28152


Cathedral Stone Products


Charleston County Treasurer
4045 Bridge View Drive
North Charleston, SC 29405-7464


Circle Lending, LLC
c/o Victory Park Capital Advisors
227 West Monroe Street, Suite 3900
Chicago, IL 60606


Cisco, Inc.
1702 Townhurst Drive
Houston, TX 77043


Cisco, Inc.
P.O. Box 801088
Houston, TX 77280-1088


CIT
301 S. Tryon Street
Charlotte, NC 28282


CK Supply - Columbia
738 Mauney Drive
Columbia, SC 29201

Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301-4047


CNA Surety
P.O. Box 957312
Saint Louis, MO 63195-7312


Coastal Federal Credit Union
P.O. Box 58429
Raleigh, NC 27658


Combine Basketball
624-B Matthews-Mint Hill Road
Matthews, NC 28105


Corporate Info Tech Corp.
2424 N. Davidson Street
P.O. Box 31084
Charlotte, NC 28205


CrossCreek General Contractors
P.O. Box 364
Orangeburg, SC 29115


CSC Automotive, Inc.
1400 Metals Drive
Charlotte, NC 28206


D&S, Ltd.
13809 Research Boulevard, Suite 800
Austin, TX 78750


DeHaan & Bach
25 Whitney Drive, Suite 106
P.O. Box 929
Milford, OH 45150


DesignConditions
P.O. Box 431
Indian Trail, NC 28079-0410


Eadie's Construction
1513 SC-61
Ridgeville, SC 29472

East Caolina Automotive Services Inc.
123 Associate Lane
Indian Trail, NC 28079


Eastern Supply Corporation
c/o Erwin, Bishop, Capitano & Moss, P.A.
Attn: Scott A. Hefner, Esq.
4521 Sharon Road, Suite 350
Charlotte, NC 28211


Eastern Supply Corporation
P.O. Box 669753
Charlotte, NC 28266


Elvis Service Company, Inc.
2200 Executive Avenue
Myrtle Beach, SC 29577


EMC Insurance Companies
11020 David Taylor Drive, #205
Charlotte, NC 28262


EverBank Commercial Finance, Inc.
10 Waterview Boulevard
Parsippany, NJ 07054


EverBank Commercial Finance, Inc.
P.O. Box 911608
Denver, CO 80291-1608


ExxonMobil Citi
P.O. Box 6497
Sioux Falls, SD 57117


Farmers Rentals & Power Equipment
678 Highway 105 Extension
Boone, NC 28607


FC Partners, LP
DBA Funding Circle Partners, LP
One Union Street, Suite 210
San Francisco, CA 94111

Fleetcor
5445 Triangle Parkway, Suite 400
Norcross, GA 30092

Funding Circle
P.O. Box 1719
Portland, OR 97207-1719

Funding Circle USA
P.O. Box 398383
San Francisco, CA 94139

Gardner Roofing
Attn: Amy Lloyd
1329 Swift Creek Road
Hartsville, SC 29550

Gary Moore
9417 White Dove Court
Charlotte, NC 28277-9021

Gary W. Moore
9417 White Dove Court
Charlotte, NC 28277

Gateway One Lending & Finance
TCF Bank
160 N. RIverview Rive, Suite 100
Anaheim, CA 92806

Georgia Surety Company, Inc.
10710 Sikes Place, Suite 125
Charlotte, NC 28277

Gilmore Insurance & Associates
P.O. Box 1069
Concord, NC 28026-1069

Gleissner Law Firm, LLC
1237 Gadsden Street, Suite 200A
Columbia, SC 29201

Grand Strand Water & Sewer Authority
P.O. Box 2308
Conway, SC 29528-2308

Green Acres Services, Inc.
c/o Zachary J. Closser, Esq.
Smith Closser, P.A.
P.O. Box 40578
Charleston, SC 29423-0578


Grout Dawgs Restoration & Waterproofing
408 Glenmore Drive
Moncks Corner, SC 29461


Guaranteed Supply Company
P.O. Box 36007
Greensboro, NC 27416-6007


Guaranteed Supply Company
1211 Rotherwood Road
Greensboro, NC 27406


Guardian Life Insurance Company
7 Hanover Square
New York, NY 10004


Guilford Orthopaedic and Sports Medicine
1915 Lendew Street
Greensboro, NC 27408


Hanson
P.O. Box 842481
Dallas, TX 75284-2481


HD Supply White Cap Construction Supply
8717 West Market Street
Greensboro, NC 27409


Hertz Equipment Rental
P.O. Box 26360
Oklahoma City, OK 73126-0360


Hertz Equipment Rental Corporation
14501 Hertz Quail Springs Parkway
Oklahoma City, OK 73134


Hilton Displays, Inc.
125 Hillside Drive
Greenville, SC 29607

Holliday Vacations, Inc.
2002 Eastwood Road #106
Wilmington, NC 28403


Home Builders Association of Greater Clt
1850 E. 3rd Street
Charlotte, NC 28204


Home Depot Credit Services
P.O. Box 790328
St. Louis, MO 63179


Horry County Treasurer
P.O. Box 1828
Conway, SC 29528-1828


Horry Telephone Cooperative, Inc.
P.O. Box 1820
Conway, SC 29528-1820


HTC
P.O. Box 1819
Conway, SC 29528-1819


In The Wind, Inc.


Incorp Services, Inc.
2360 Corporate Circle, Suite 400
Henderson, NV 89074-7722


Innovative Glass of America, Inc.
102 East Fields Street
P.O. Box 476
Dallas, NC 28034


Internal Revenue Service
10715 David Taylor Drive
5 Resource Square Box 24
Charlotte, NC 28262


Irwin Equipment, Inc.
8209 Lackland Road
Saint Louis, MO 63114

James L. Fretwell, Esq.
Rallings & Associates, PLLC
3121 Springbank Lane, Suite C
Charlotte, NC 28226


JEBS Development, LLC
P.O. Box 348
Murrells Inlet, SC 29576


Jones Blair Company, LLC
2728 Empire Central
Dallas, TX 75235


Keating Roofing & Sheet Metal
P.O. Box 13562
Charleston, SC 29422


Kenseal Construction Products
of the Carolinas, LLC
c/o Vann Attorneys, PLLC
1720 Hillsborough Street, Suite 200
Raleigh, NC 27605


L&W Supply
CK Supply Myrtle Beach
3014 Drywall Drive
Myrtle Beach, SC 29577


Latititude 33 Investments, LLC
High Seas Properties, Inc.
1030 Jenkins Road, Suite C
Charleston, SC 29407


Latitude 33 Investments, LLC
High Seas Properties, Inc.
1030 Jenkins Road, Suite C
Charleston, SC 29407


Liberty Cedar, Inc.
325 Liberty Lane
West Kingston, RI 02892


Lloyd Derreberry

Lloyd S. Derreberry
426 Fulton Street
Kings Mountain, NC 28086-2327


Lynn Ladder and Scaffolding
4908 Highway 501
Myrtle Beach, SC 29579


Managed Pharmacy Programs
10860 N. Mavinee Drive
Oro Valley, AZ 85737


Marlin Business Bank
P.O. Box 637
Mount Laurel, NJ 08054


Marlin Business Bank
2795 E. Cottonwood Parkway
Salt Lake City, UT 84121


Master Credit Consultants, Inc.
23240 Chagrin Blvd., Suite 410
Cleveland, OH 44122


Matt Moore


Matthew W. Moore
8120 Park Vista Circle
Charlotte, NC 28226


Mecklenburg Co Child Support Enforcement
5800 Executive Center Drive, Suite 200
Charlotte, NC 28212


Mecklenburg County Tax Collector
P.O. Box 31457
Charlotte, NC 28231-1457


Michael Moore
624-A Matthews Mint-Hill Road
Matthews, NC 28105

Michael R. Moore
14124 Maple Hollow Lane
Charlotte, NC 28227


Mobile Mini, Inc.
4646 E. Van Buren, 4th Floor
Phoenix, AZ 85008


NACM South Atlantic
6290 Edgewater Drive
Orlando, FL 32810


NC Child Support Centralized Collections
P.O. Box 900012
Raleigh, NC 27675-9012


NC Department of Revenue
Office Services Division Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602


NC Department of Revenue
P.O. Box 25000
Raleigh, NC 27640-0150


NC Division of Motor Vehicles
P.O. Box 29620
Raleigh, NC 27626-0620


New South Construction Supply, LLC
Attn.: Suzanne Godwin
9N Kings Road
Greenville, SC 29605


Northwestern Mutual
720 East Wisconsin Avenue
Milwaukee, WI 53202-5797


Occupational Health Centers
of Southwest P.A.
P.O. Box 82730
Atlanta, GA 30354-0730

Palmetto Masonry & Landscape Supplies
P.O. Box 70116
North Charleston, SC 29415


Pella Window & Door, LLC
c/o Caleb M. Riser
Richardson Plowden & Robinson, P.A.
1900 Barnwell Street
Columbia, SC 29201


Pella Window and Door, LLC
Attn.: Amanda Van Wyk
P.O. Box 2268
Irmo, SC 29063


Personal Concepts
c/o RMS
P.O. Box 361595
Columbus, OH 43236


Pneumatic Trim of Bluffton, Inc.
8 Minuteman Drive
Bluffton, SC 29910


Polk County Child Support Enforcement
231 Wolverine Trail
Mill Spring, NC 28756


PPG Architectural Coatings
One PPG Place
Pittsburgh, PA 15272


Quill
P.O. Box 37600
Philadelphia, PA 19101-0600


Rauch-Milliken International, Inc.
P.O. Box 8390
Metairie, LA 70011-8390


Receivable Management Services
1250 E. Diehl Road, Suite 300
P.O. Box 3099
Naperville, IL 60563

Richard Kevin Alsobrook
418 N. Church Street
Manning, SC 29102


Richbourg Rentals
c/o Aiken, Bridges
Attn.: Matthew N. Tyler, Esq.
P.O. Drawer 1931
Florence, SC 29503


Safeworks LLC Spider
c/o Smith Debnam
Attn: Gerald H. Groon, Jr., Esq.
P.O. Box 26268
Raleigh, NC 27611-6268


Safway Services, LLC
3325 Hill Park Drive
North Charleston, SC 29418


Safway Services, LLC
N19 W24200 Riverwood Drive
Waukesha, WI 53188


Santee Cooper
P.O. Box 188
Moncks Corner, SC 29461-0188


SC Department of Employment & Workforce
P.O. Box 995
Columbia, SC 29202-0995


SC Hospital Association
1000 Center Point Road
Columbia, SC 29210


Social Security Admistration
1463 Tobias Gadson Boulevard
Charleston, SC 29407


South Carolina Department of Revenue
P.O. Box 12265
Columbia, SC 29211

Southeastern Freight Lines, Inc.
P.O. Box 1691
Columbia, SC 29202


Southern Rehabilitation Network, Inc.
9370 Falls of Neuse, Suite 101
Raleigh, NC 27615


Spectrum Paint
15247 E. Skelly Drive
Tulsa, OK 74116-2620


Spider, A Division of Safeworks, LLC
365 Upland Drive
Tukwila, WA 98188


Steven S. McKenzie, Esq.
Coffey, Chandler & McKenzie, P.A.
2 North Brooks Street
Manning, SC 29102


Strongwall Industries, Inc.
107 Chestnut Street
Ridgewood, NJ 07450


Superior Automatic Fire Equipment, Inc.
105 Corporate Boulevard
P.O. Box 670
Indian Trail, NC 28079


Synchrony Bank / Lowe's
Attn: Bankruptcy Department
P.O. Box 965060
Orlando, FL 32896-5060


Tammy L. Schatzel-Gordon
14521 Phillips Road
Matthews, NC 28105-4022


Tammy Schatzel-Gordon
c/o Catherine Lee, Esq.
510 Glenwood Avenue, Suite 301
Raleigh, NC 27603

TeamCraft Roofing, Inc.
1316 North Long Street
Salisbury, NC 28144


TeamCraft Roofing, Inc.
c/o Ronnie D. Crisco, Jr., Esq.
Homesley & Wingo Law Group PLLC
30 South Main Street
Mooresville, NC 28115


Technocom
3330 Monroe Road
Charlotte, NC 28205


Tendon Systems, LLC
1255 Buford Highway, Suite 204
Suwanee, GA 30024


Tennessee Office of Attorney General
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207


The Law Offices of Mark A. Kirkorsky
Attn: Kevin Skaff, Executive Acct Mgr
1119 W. Southern Avenue, 2nd Floor
Mesa, AZ 85210


The Regional Medical Center
c/o Liza Porterfield, CFO
3000 St. Matthews Road
Orangeburg, SC 29118


TN Department of Commerce & Insurance
500 James Robertson Parkway
Nashville, TN 37243


Tools and Accessories Corp.
8975 Henkels Lane, Suite 710
Annapolis Junction, MD 20701


Transworld Systems, Inc.
P.O. Box 17221
Wilmington, DE 19850

Tremco, Inc.
3735 Green Road
Beachwood, OH 44122


Trimtec
2455 Harrisburg Pike
Grove City, OH 43123


Union County Tax Administrator
Attn: Revenue Division
500 N. Main Street, Suite 119
Monroe, NC 28112


Union County Tax Collector
P.O. Box 38
Monroe, NC 28111


United Rentals
Branch 394
811 Post Street
Greensboro, NC 27405-7262


United Welding & Iron Work, LLC
3539 Dewitt Lane
Charlotte, NC 28217


VeriCore
10115 Kincey Avenue, Suite 100
Huntersville, NC 28078


Verizon
455 Duke Drive
Franklin, TN 37067


Verizon
P.O. Box 25505
Lehigh Valley, PA 18002-5505


Vincent Cash
1000 King Street
Charleston, SC 29403


Volvo Financial Services
P.O. Box 91300
Mobile, AL 36691-1300

W. Donald Morgan, Jr.
Don Morgan, P.C.
P.O. Box 2056
Columbus, GA 31902


Wagner, Falconer & Judd, LTd.
Attn: Daniel J. Reich, Esq.
325 N. Corporate Drive, Suite 100
Brookfield, WI 53045-5828


Waste Connections of Carolina
5516 Rozzelles Ferry Road
Charlotte, NC 28214


Waste Management
2625 W. Grandview Road
Phoenix, AZ 85023


Watson Bowman Acme Corp.
Attn: Jeremy Juliano
95 Pineview Drive
Amherst, NY 14228


Wells Fargo
Business Direct
P.O. Box 348750
Sacramento, CA 95834


Wells Fargo


Wells Fargo Dealer Services
Attn: Correspondence-MAC T9017-026
P.O. Box 168048
Irving, TX 75016-8048


Wells Fargo Financial Leasing
Leasing Customer Service
MAC N0005-055
800 Walnut Street
Des Moines, IA 50309-3605


Westchester Fire Insurance Company
Attn: Stephen M. Haney
436 Walnut Street WA10F
Philadelphia, PA 19106

```
Williams Business Properties
624-101 Matthews Mint-Hill Road
Matthews, NC 28105


Williams Business Properties, LLC
624-101 Matthews-Mint Hill Road
Matthews, NC 28105


Wincourse Technologies
c/o Gerald H. Groon, Jr., Esq.
Smith Debnam
4601 Six Forks Road, Suite 400
Raleigh, NC 27609


Yellow Pages Directories, Inc.
PMB# 179
6 Liberty Square
Boston, MA 02109
```