**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Salem Services Group, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | **16-30919** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on    **June 30, 2016** | X */s/ Gary Moore* |
| | Signature of individual signing on behalf of debtor |
| | **Gary Moore** |
| | Printed name |
| | **Managing Member** |
| | Position or relationship to debtor |

**Fill in this information to identify the case:**

Debtor name   **Salem Services Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **16-30919**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1:**   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................................   $ _____29,966.08

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................................   $ _____29,966.08

---

**Part 2:**   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ _____366,337.78

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $ _____4,697.26

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ _____1,284,237.43

4.   Total liabilities ..................................................................................................................
   Lines 2 + 3a + 3b          $ _____1,655,272.47

**Fill in this information to identify the case:**

Debtor name   **Salem Services Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **16-30919**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BB&T Operating/Checking Account (ending in 8139)** | Checking | 8139 | $0.00 |
| 3.2. | **BB&T Payroll Checking Account (ending in 8120)** | Checking | 8120 | $0.00 |
| 3.3. | **Wells Fargo Business Checking (account ending in 5643)** | Checking | 5643 | $10,069.01 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $10,069.01 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

| Debtor | **Salem Services Group, LLC** | Case number *(If known)* **16-30919** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:

| | | |
|---|---|---|
| **0.00** | - | **0.00** = .... |
| face amount | | doubtful or uncollectible accounts |

→ **Unknown**

11a. 90 days old or less:

| | | |
|---|---|---|
| **166.34** | - | **0.00** = .... |
| face amount | | doubtful or uncollectible accounts |

→ **$166.34**

11a. 90 days old or less:

| | | |
|---|---|---|
| **630.73** | - | **0.00** = .... |
| face amount | | doubtful or uncollectible accounts |

→ **$630.73**

12.  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$797.07**

### Part 4:   Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** **Sage 100 Contractor Software** | | **$0.00** | | **Unknown** |
| **Micellaneous Inventory, Tools, Equipment in Warehouse** | | **Unknown** | | **Unknown** |

23.  **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

**$0.00**

24.  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

| Debtor | **Salem Services Group, LLC** | Case number *(if known)* **16-30919** |
|---|---|---|
| | Name | |

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____    Valuation method _____    Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** **(1) Reception Desk; (1) 2-Door Cabinet; (2) Leather Chairs; (2) End Tables; (1) Conference Table; (8) Bookshelves; (7) Desks; (3) Credenzas; (1) 5-Drawer Lateral File Cabinet; (1) 4-Drawer Lateral File Cabinet; (2) 4-Drawer File Cabinets; (1) 2-Drawer File Cabinet; (3) Drafting Tables; (1) Drafting Stool; (6) Miscellaneous Tables; (12) Rolling Office Chairs; (8) Arm Chairs; (3) Executive Desk Chairs** **(1) Folding Table; (4) Office Desks (2 dark wood tone/2 light gray formica); (3) Black Leather Swivel Office Chairs; (8) Gray Cushioned Folding Chairs; (1) Small 2-Drawer Dark Wood Tone Cabinet; (1) Large 2-Drawer Dark Wood Tone Cabinet; (1) 5-Shelf Upright Dark Wood Tone Bookshelf; (2) Salem Stand-Alone Upright Signs; (1) 2-Shelf Black Bookcase Cabinet; (2) Dry Erase Boards; (6) Desktop File Keepers; (1) Cork Bulletin Board; (1) Conference Table Dark Wood Tone; (1) Small 2-Drawer Plastic Container for Coffee Machine** **Inventory located in Charlotte and Charleston offices** | **Unknown** | | **Unknown** |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** **Leased Kyocera Copier (Model 3551CI; S/N L8H4201423)** | **Unknown** | | **Unknown** |

| Debtor | **Salem Services Group, LLC** | Case number *(If known)* **16-30919** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **(6) Lenovo ThinkPad Laptops; (1) IBM ThinkPad Laptop; (5) Acer PC Monitors; (1) HP 2311x Monitor; (1) Leo Technology Monitor; (1) HP Laserjet P4014N Printer; (1) Imagistics CM2520 Copier** | | | |
| **(4) AT&T Cordless Phones w/ Chargers; (1) Whirlpool Refrigerator; (1) Oster Microwave; (1) Keurig Coffee Maker; (1) Black & Decker Toaster Oven; (1) Hoover Upright Vacuum Cleaner; (1) Epson Table Top Projector with Remote; (1) Stand-Up Pull Down Video Screen; (1) Royal Paper Shredder; (1) Canon MF8080CN Printer/Copier; (1) Microsoft Computer Keypad; (1) Brother Desktop Label Maker** | **Unknown** | | **$0.00** |
| **Leased phone system** | **$0.00** | | **Unknown** |

| | | |
|---|---|---|
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | **$0.00** |
| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?** ■ No ☐ Yes | |
| 45. | **Has any of the property listed in Part 7 been appraised by a professional within the last year?** ■ No ☐ Yes | |

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2006 Chevrolet Silverado 3500 Dually (VIN: 1GCJC33D96F257191). Titled in the name of Salem Contracting, Inc. Not in working condition. Located in Charleston.** | **$2,000.00** | | **$2,000.00** |
| 47.2. **2006 Chevrolet Silverado 2500 (VIN: 1GCHC23U76F255903). Titled in the name of Salem Contracting, Inc. Located in Charlotte.** | **$10,500.00** | | **$10,500.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Salem Services Group, LLC** | Case number *(If known)* **16-30919** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 47.3. | **2000 Pace Private Trailer (VIN: 4FPFB1210YGO47106). Titled in the name of Salem Contracting.** | **Unknown** | **Unknown** |
| 47.4. | **2000 Pace Private Trailer (VIN: 4FPFB1213YG043728). Titled in the name of Salem Contracting and Waterproofing, Inc.** | **Unknown** | **Unknown** |
| 47.5. | **2000 Pace Private Trailer (VIN: 1M9TB2026Y1543005). Titled in the name of Salem Contracting & Waterproofing, Inc.** | **Unknown** | **Unknown** |
| 47.6. | **1999 Pace Private Trailer (VIN: 4FPFB1216XG031538). Titled in the name of Salem Contracting & Waterproofing, Inc.** | **Unknown** | **Unknown** |
| 47.7. | **2013 Permanant Multi-Year Trailer** | **Unknown** | **Unknown** |
| 47.8. | **2012 Triple Crown Trailer 5x8 utility (VIN: 1XNHD5X81C1037497)** | **Unknown** | **Unknown** |
| 47.9. | **2013 Carry-On Trailer (VIN: 4YMCL1213DG028532). Titled in the name of Elyse Marie Moore.** | **Unknown** | **Unknown** |
| 47.10. | **2013 Carry-On Trailer (VIN: 4YMCL1217DG031871). Titled in the name of Elyse Marie Moore.** | **Unknown** | **Unknown** |
| 47.11. | **ST Sport II Golf Cart** | **Unknown** | **Unknown** |
| 47.12. | **2000 homemade trailer (VIN: NCX01053961). Titled in the name of Salem Contracting & Waterproofing, Inc.** | **Unknown** | **Unknown** |
| 47.13. | **2014 Carry-On Trailer 6x12 (VIN: 4YMCL1217EG011928)** | **Unknown** | **Unknown** |
| 47.14. | **2006 Ford F-150 (VIN: 1FTRW12W76FA83798). Titled in the name of Matthew William Moore (located in Charleston)** | **$6,600.00** | **$6,600.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| Debtor | **Salem Services Group, LLC** | Case number *(If known)* **16-30919** |
|---|---|---|
| | Name | |

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
        **Equipment located in Charleston, SC:**
        **Storage 1 - East Container - Inventory: (65)**
        **10-Foot Aluminum Walkboards; (75) 7-Foot**
        **Aluminum Walkboards; (124) 10-Foot Wood**
        **Walkboards; (21) 7-Foot Wood Walkboards; (4)**
        **10-Foot Aluminum Walkboards for System**
        **Scaffold; (5) 10-Foot Wood Walkboards for**
        **System Scaffold; (5) 10-Foot x 2-Foot Wide**
        **Walkboards; (1) 24-Foot Walk Plank**
        **Storage 2 - West Container - (85) Brick Jacks;**
        **(1) Bucket Fist Grips; (11) Yellow Gas Cans;**
        **(11) Red Gas Cans; Plywood, Repar Caps,**
        **Rebar Bender, Rebar Cutter, Ladder Jacks**
        **Office Sideyard: Yellow Bucks; 7 Foot Braces;**
        **10 Foot Braces; 7 Foot Wold Walkboards; 10**
        **Foot Aluminium Walkboards; 10 Foot Wood**
        **Walkboards; 10'x2' Walkboard; 24' Walkplank;**
        **5' Handrails; Hand Rail Posts; Screw Jacks;**
        **Nuckles; Scaffold Frames; Scaffold Braces;**
        **Painter Scaffold; Frame Pins; Bucket with**
        **Scaffold Pins**                                          **Unknown**                    **Unknown**

51.     **Total of Part 8.**                                                            **$19,100.00**
        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 9:**     **Real property**

**54. Does the debtor own or lease any real property?**

        ■ No.  Go to Part 10.
        ☐ Yes Fill in the information below.

**Part 10:**     **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

        ■ No.  Go to Part 11.
        ☐ Yes Fill in the information below.

**Part 11:**     **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
        Include all interests in executory contracts and unexpired leases not previously reported on this form.

        ■ No.  Go to Part 12.
        ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Salem Services Group, LLC** | Case number *(If known)* **16-30919** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,069.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $797.07 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $19,100.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $29,966.08 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $29,966.08 |

**Fill in this information to identify the case:**

Debtor name          **Salem Services Group, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **16-30919**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
| --- | --- | --- | --- | --- |
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |
| **2.1** | **BB&T** | Describe debtor's property that is subject to a lien | **$198,993.93** | **$0.00** |
| | Creditor's Name | **Secured by UCC lien on accounts, receivables, inventory, equipment, intangibles and proceeds** | | |
| | **P.O. Box 1847** | | | |
| | **Attn: Bankruptcy** | | | |
| | **Wilson, NC 27894** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **0001** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | | | | |
| --- | --- | --- | --- | --- |
| **2.2** | **Circle Lending, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
| | Creditor's Name | **Secured by a UCC lien on all equipment and other personal property** | | |
| | **c/o Victory Park Capital Advisors** | | | |
| | **227 West Monroe Street, Suite 3900** | | | |
| | **Chicago, IL 60606** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | **07/17/2014** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Salem Services Group, LLC** | Case number (if know) | **16-30919** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 | **EverBank Commercial Finance, Inc.** | Describe debtor's property that is subject to a lien | $4,067.31 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Sage 100 Contractor Software**

**10 Waterview Boulevard
Parsippany, NJ 07054**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
6494**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Gateway One Lending & Finance** | Describe debtor's property that is subject to a lien | $3,299.65 | $2,400.00 |
|---|---|---|---|---|

Creditor's Name

**1999 Ford F-250 (VIN: 1FTMX20F2XEE28652).
Titled in the name of Elyse Marie Moore and
Michael Ryan Moore.**

**TCF Bank
160 N. RIverview Rive,
Suite 100
Anaheim, CA 92806**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $136,967.97 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Federal Tax Lien - Q3 2014 941**

**Attn.: Insolvency Unit
P.O. Box 21126
Philadelphia, PA
19114-0326**

Creditor's mailing address

**Describe the lien**

---

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 2 of 5

| Debtor | **Salem Services Group, LLC** | Case number *(if know)* | **16-30919** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.6 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $1,576.56 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Federal Tax Lien - Q4 2014 940** | | |

**Attn.: Insolvency Unit**
**P.O. Box 21126**
**Philadelphia, PA**
**19114-0326**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.7 | **Marlin Business Bank** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Leased phone system** | | |

**P.O. Box 637**
**Mount Laurel, NJ 08054**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2567**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 5

| Debtor | **Salem Services Group, LLC** | Case number (if known) | **16-30919** |
|---|---|---|---|
| | Name | | |

---

| 2.8 | **Wells Fargo Dealer Services** | Describe debtor's property that is subject to a lien | $8,344.46 | $6,600.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Correspondence-MAC T9017-026**
**P.O. Box 168048**
**Irving, TX 75016-8048**

Creditor's mailing address

**2006 Ford F-150 (VIN: 1FTRW12W76FA83798). Titled in the name of Matthew William Moore.**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7007**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Wells Fargo Financial Leasing** | Describe debtor's property that is subject to a lien | $13,087.90 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Leasing Customer Service MAC N0005-055**
**800 Walnut Street**
**Des Moines, IA 50309-3605**

Creditor's mailing address

**Leased Kyocera Copier (Model 3551CI; S/N L8H4201423)**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0000**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $366,337.78 |
|---|---|---|

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Salem Services Group, LLC** | Case number (if know) | **16-30919** |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporate Info Tech Corp.**<br>**2424 N. Davidson Street**<br>**P.O. Box 31084**<br>**Charlotte, NC 28205** | Line __2.7__ | |
| **EverBank Commercial Finance, Inc.**<br>**P.O. Box 911608**<br>**Denver, CO 80291-1608** | Line __2.3__ | |
| **FC Partners, LP**<br>**DBA Funding Circle Partners, LP**<br>**One Union Street, Suite 210**<br>**San Francisco, CA 94111** | Line __2.2__ | |
| **Internal Revenue Service**<br>**10715 David Taylor Drive**<br>**5 Resource Square Box 24**<br>**Charlotte, NC 28262** | Line __2.5__ | |
| **Marlin Business Bank**<br>**2795 E. Cottonwood Parkway**<br>**Salt Lake City, UT 84121** | Line __2.7__ | |
| **Wells Fargo**<br>**Business Direct**<br>**P.O. Box 348750**<br>**Sacramento, CA 95834** | Line __2.9__ | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Salem Services Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **16-30919**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $323.97 | $323.97 |
|  | **Internal Revenue Service** | | |
|  | **Attn.: Insolvency Unit** | | |
|  | **P.O. Box 21126** | | |
|  | **Philadelphia, PA 19114-0326** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2015 Form 940 taxes**

Last 4 digits of account number **3447**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | $4,291.63 | Unknown |
|  | **NC Department of Revenue** | | |
|  | **Office Services Division** | | |
|  | **Bankruptcy Unit** | | |
|  | **P.O. Box 1168** | | |
|  | **Raleigh, NC 27602** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2014 withholding taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Salem Services Group, LLC** | Case number *(if known)* | **16-30919** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.66 | $81.66 |
|---|---|---|---|---|

**NC Department of Revenue
Office Services Division
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**3rd Quarter 2015 Withholding**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**South Carolina Department of
Revenue
P.O. Box 12265
Columbia, SC 29211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Tennessee Office of Attorney
General
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $433.20 |
|---|---|---|---|

**A&B Portable Toilets, Inc.
2544 Alamance Church Road
Greensboro, NC 27406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **SALEMSERVI**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.02 |
|---|---|---|---|

**A&R Sheet Metal Works, Inc.
945 Main Road
Johns Island, SC 29455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5031**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **Salem Services Group, LLC** | Case number (if known) | **16-30919** |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $641.00 |
|---|---|---|---|

**AAA**
P.O. Box 29600
Charlotte, NC 28229

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1543__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $664.95 |
|---|---|---|---|

**Able Metal Fabricators, Inc.**
3441 Reno Avenue
Charlotte, NC 28216

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __4505__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236.55 |
|---|---|---|---|

**ADT Security Services**
3190 S. Vaughn Way
Aurora, CO 80014

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __7741__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.89 |
|---|---|---|---|

**ADT Security Services**
3190 S. Vaughn Way
Aurora, CO 80014

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __2428__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.36 |
|---|---|---|---|

**Advanced Chemical Technologies, Inc.**
9608 N. Robinson Avenue
Oklahoma City, OK 73114

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,735.61 |
|---|---|---|---|

**Ahern Rentals, Inc.**
c/o James R. Vann, Esq.
Vann Attorneys
1720 Hillsborough Street, Suite 200
Raleigh, NC 27605

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __1780__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ally Financial**
Attn: Bankruptcy
P.O. Box 130424
Roseville, MN 55113

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice purposes only re repossession of  2008 Chevrolet Silverado 1500 (VIN: 3GCEC13C08G239175)**

Last 4 digits of account number __9401__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Salem Services Group, LLC** | Case number (if known) | **16-30919** |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address

**Ally Financial**
**Attn: Bankruptcy**
**P.O. Box 130424**
**Roseville, MN 55113**

Date(s) debt was incurred _
Last 4 digits of account number **4605**

As of the petition filing date, the claim is: *Check all that apply.*                    **$21,265.26**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Deficiency for 2008 Chevrolet Silverado 3500 (VIN: 1GBJK33608F184854). Titled in the name of Salem Services Group, LLC and Gary Wayne Moore.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address

**ASIC**
**640-B Matthews Mint-Hill Road**
**Matthews, NC 28105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$2,788.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address

**AT&T**
**P.O. Box 105262**
**Atlanta, GA 30348-5262**

Date(s) debt was incurred _
Last 4 digits of account number **5001**

As of the petition filing date, the claim is: *Check all that apply.*                    **$158.11**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address

**B&B Porta-Jons**
**104 Arundel Drive**
**Orangeburg, SC 29118**

Date(s) debt was incurred _
Last 4 digits of account number **1517**

As of the petition filing date, the claim is: *Check all that apply.*                    **$244.74**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address

**BB&T**
**P.O. Box 1847**
**Attn: Bankruptcy**
**Wilson, NC 27894**

Date(s) debt was incurred _
Last 4 digits of account number **0005**

As of the petition filing date, the claim is: *Check all that apply.*                    **$172,674.57**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address

**BB&T**
**P.O. Box 1847**
**Attn: Bankruptcy**
**Wilson, NC 27894**

Date(s) debt was incurred **04/02/2012**
Last 4 digits of account number **0001**

As of the petition filing date, the claim is: *Check all that apply.*                    **$198,993.93**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address

**BB&T**
**P.O. Box 1847**
**Attn: Bankruptcy**
**Wilson, NC 27894**

Date(s) debt was incurred **08/23/2013**
Last 4 digits of account number **0005**

As of the petition filing date, the claim is: *Check all that apply.*                    **$172,674.57**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Salem Services Group, LLC** | Case number (if known) | **16-30919** |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,733.52 |
|---|---|---|---|

**BB&T**
**P.O. Box 1847**
**Attn: Bankruptcy**
**Wilson, NC 27894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0777**

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BB&T**
**P.O. Box 1847**
**Attn: Bankruptcy**
**Wilson, NC 27894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0785**

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BB&T**
**P.O. Box 1847**
**Attn: Bankruptcy**
**Wilson, NC 27894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9619**

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $654.50 |
|---|---|---|---|

**Bel-Mac Roofing, Inc.**
**1996 South US 1**
**Rockledge, FL 32955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1**

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,100.00 |
|---|---|---|---|

**Bemco, Inc.**
**2255 Union Place**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/10/2015**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bond Brokers, Inc.**
**6160 N. Cicero Avenue, Suite 610**
**Chicago, IL 60646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.37 |
|---|---|---|---|

**Brame Specialty Co, Inc.**
**P.O. Box 271**
**Durham, NC 27702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7560**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Salem Services Group, LLC** | Case number (if known) | **16-30919** |
|---|---|---|---|
| | Name | | |

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,864.36**

**Buck Lumber & Building Supply, Inc.**
**191 Maybank Highway**
**Charleston, SC 29412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2014 - 11/2014**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Builders Mutual Insurance Co.**
**P.O. Box 150005**
**Raleigh, NC 27624-0005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Workers' Compensation/Employer's Liability policy - cancelled effective 4/25/2016**

Last 4 digits of account number  **1504**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Capitol Materials Coastal**
**140 Winyah Road**
**Conway, SC 29526-9715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number  **3787**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00**

**Carolina Cool, Inc.**
**Attn.: Kami Beatty**
**124 Surfside Industrial Park**
**Surfside Beach, SC 29575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/25/2015**

Basis for the claim: _

Last 4 digits of account number  **1877**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carolina Staffing Resources**
 **224 Westinghouse Blvd #601**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.72**

**Carolina Waste & Recycling, LLC**
**5265 International Boulevard #200**
**North Charleston, SC 29418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/30/2015**

Basis for the claim: _

Last 4 digits of account number  **0002**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,017.18**

**Carter Chevrolet**
**P.O. Box 305**
**Shelby, NC 28152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Salem Services Group, LLC** | Case number (if known) | **16-30919** |
|---|---|---|---|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cathedral Stone Products**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $598.08 |
|---|---|---|---|

**Charleston County Treasurer**
**4045 Bridge View Drive**
**North Charleston, SC 29405-7464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3200**

Basis for the claim:  **2015 personal property taxes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CIT**
**301 S. Tryon Street**
**Charlotte, NC 28282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**CNA Surety**
**P.O. Box 957312**
**Saint Louis, MO 63195-7312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2459**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,871.44 |
|---|---|---|---|

**Coastal Federal Credit Union**
**P.O. Box 58429**
**Raleigh, NC 27658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0001**

Basis for the claim:  **Deficiency on 2005 Ford Ecoline Van (VIN: 1FBSS31P35HA16741). Titled in the name of Gary Wayne Moore.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,146.21 |
|---|---|---|---|

**CrossCreek General Contractors**
**P.O. Box 364**
**Orangeburg, SC 29115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6335**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Salem Services Group, LLC** | Case number (if known) | **16-30919** |
|---|---|---|---|
| | Name | | |

---

**3.37** | Nonpriority creditor's name and mailing address
**CSC Automotive, Inc.**
**1400 Metals Drive**
**Charlotte, NC 28206**

Date(s) debt was incurred _

Last 4 digits of account number  **0116**

As of the petition filing date, the claim is: Check all that apply.          **$9,467.62**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Secured by mechanic's lien on five vehicles dated 10/13/14:**
**3GNFK123176147796**
**1FBSS31P35HA16741**
**1GCHC23U76F255903**
**1GCJC33D96F257191**
**1GYEK63N74R272843**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address
**DesignConditions**
**P.O. Box 431**
**Indian Trail, NC 28079-0410**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address
**Eadie's Construction**
**1513 SC-61**
**Ridgeville, SC 29472**

Date(s) debt was incurred  **02/19/2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$4,782.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address
**East Caolina Automotive Services Inc.**
**123 Associate Lane**
**Indian Trail, NC 28079**

Date(s) debt was incurred _

Last 4 digits of account number  **8868**

As of the petition filing date, the claim is: Check all that apply.          **$616.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address
**Eastern Supply Corporation**
**c/o Erwin, Bishop, Capitano & Moss, P.A.**
**Attn: Scott A. Hefner, Esq.**
**4521 Sharon Road, Suite 350**
**Charlotte, NC 28211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$31,987.37**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.42** | Nonpriority creditor's name and mailing address
**Elvis Service Company, Inc.**
**2200 Executive Avenue**
**Myrtle Beach, SC 29577**

Date(s) debt was incurred _

Last 4 digits of account number  **6215**

As of the petition filing date, the claim is: Check all that apply.          **$61.26**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Salem Services Group, LLC** |
| | Name |

Case number (if known)    **16-30919**

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,104.57** |
|---|---|---|---|

**EMC Insurance Companies**
**11020 David Taylor Drive, #205**
**Charlotte, NC 28262**

Date(s) debt was incurred _

Last 4 digits of account number  **1601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial insurance policies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ExxonMobil Citi**
**P.O. Box 6497**
**Sioux Falls, SD 57117**

Date(s) debt was incurred _

Last 4 digits of account number  **9691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$204.96** |
|---|---|---|---|

**Farmers Rentals & Power Equipment**
**678 Highway 105 Extension**
**Boone, NC 28607**

Date(s) debt was incurred _

Last 4 digits of account number  **2547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,745.14** |
|---|---|---|---|

**Fleetcor Technologies Operating Company**
**5445 Triangle Parkway, Suite 400**
**Norcross, GA 30092**

Date(s) debt was incurred _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **15-CVD-19211; Judgment entered May 27, 2016**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$108,148.31** |
|---|---|---|---|

**Funding Circle USA**
**P.O. Box 398383**
**San Francisco, CA 94139**

Date(s) debt was incurred _

Last 4 digits of account number  **7875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gardner Roofing**
**Attn: Amy Lloyd**
**1329 Swift Creek Road**
**Hartsville, SC 29550**

Date(s) debt was incurred _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gary W. Moore**
**9417 White Dove Court**
**Charlotte, NC 28277**

Date(s) debt was incurred _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Salem Services Group, LLC** | Case number (if known) | **16-30919** |

Name

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,574.00** |

**Gleissner Law Firm, LLC**
**1237 Gadsden Street, Suite 200A**
**Columbia, SC 29201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Grand Strand Water & Sewer Authority**
**P.O. Box 2308**
**Conway, SC 29528-2308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1003**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,327.56** |

**Green Acres Services, Inc.**
**c/o Zachary J. Closser, Esq.**
**Smith Closser, P.A.**
**P.O. Box 40578**
**Charleston, SC 29423-0578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Re: 250 Island Park Drive HOA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,725.00** |

**Grout Dawgs Restoration & Waterproofing**
**408 Glenmore Drive**
**Moncks Corner, SC 29461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **08/24/2014 - 09/17/2014**

Last 4 digits of account number **67**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Guaranteed Supply Company**
**P.O. Box 36007**
**Greensboro, NC 27416-6007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7923**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,612.36** |

**Guardian Life Insurance Company**
**7 Hanover Square**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6061**

Basis for the claim: **Group plan (cancelled effective 3/1/16)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Guilford Orthopaedic and Sports Medicine**
**1915 Lendew Street**
**Greensboro, NC 27408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3239**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Salem Services Group, LLC** | Case number (if known) | **16-30919** |
|---|---|---|---|

Name

---

**3.57**

**Nonpriority creditor's name and mailing address**

Hanson
P.O. Box 842481
Dallas, TX 75284-2481

Date(s) debt was incurred _

Last 4 digits of account number  **2876**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,984.15**

---

**3.58**

**Nonpriority creditor's name and mailing address**

HD Supply White Cap Construction Supply
8717 West Market Street
Greensboro, NC 27409

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$15,438.36**

---

**3.59**

**Nonpriority creditor's name and mailing address**

Hertz Equipment Rental Corporation
14501 Hertz Quail Springs Parkway
Oklahoma City, OK 73134

Date(s) debt was incurred  **08/2014 - 03/2015**

Last 4 digits of account number  **6449**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.60**

**Nonpriority creditor's name and mailing address**

Hilton Displays, Inc.
125 Hillside Drive
Greenville, SC 29607

Date(s) debt was incurred _

Last 4 digits of account number  **SALESER**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$740.03**

---

**3.61**

**Nonpriority creditor's name and mailing address**

Home Builders Association of Greater Clt
1850 E. 3rd Street
Charlotte, NC 28204

Date(s) debt was incurred _

Last 4 digits of account number  **8599**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$535.00**

---

**3.62**

**Nonpriority creditor's name and mailing address**

Home Depot Credit Services
P.O. Box 790328
St. Louis, MO 63179

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.63**

**Nonpriority creditor's name and mailing address**

Horry County Treasurer
P.O. Box 1828
Conway, SC 29528-1828

Date(s) debt was incurred _

Last 4 digits of account number  **4347**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2015 personal property taxes**

Is the claim subject to offset? ■ No  ☐ Yes

**$354.68**

---

| Debtor | **Salem Services Group, LLC** | Case number (if known) | **16-30919** |
|---|---|---|---|
| | Name | | |

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$297.75** |
|---|---|---|---|

**Horry Telephone Cooperative, Inc.**
**P.O. Box 1820**
**Conway, SC 29528-1820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  8860

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**HTC**
**P.O. Box 1819**
**Conway, SC 29528-1819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  8860

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**In The Wind, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/21/2014

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$139.00** |
|---|---|---|---|

**Incorp Services, Inc.**
**2360 Corporate Circle, Suite 400**
**Henderson, NV 89074-7722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$985.61** |
|---|---|---|---|

**Innovative Glass of America, Inc.**
**102 East Fields Street**
**P.O. Box 476**
**Dallas, NC 28034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  3075

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,967.50** |
|---|---|---|---|

**Irwin Equipment, Inc.**
**8209 Lackland Road**
**Saint Louis, MO 63114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  8459

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JEBS Development, LLC**
**P.O. Box 348**
**Murrells Inlet, SC 29576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Leased Business Space

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Salem Services Group, LLC** | | Case number (if known) | **16-30919** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jones Blair Company, LLC**
**2728 Empire Central**
**Dallas, TX 75235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,888.00** |
|---|---|---|---|

**Keating Roofing & Sheet Metal**
**P.O. Box 13562**
**Charleston, SC 29422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,580.66** |
|---|---|---|---|

**Kenseal Construction Products**
**of the Carolinas, LLC**
**c/o Vann Attorneys, PLLC**
**1720 Hillsborough Street, Suite 200**
**Raleigh, NC 27605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Judgment 16-CVS-7318**

Last 4 digits of account number  **6817**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**L&W Supply**
**CK Supply Myrtle Beach**
**3014 Drywall Drive**
**Myrtle Beach, SC 29577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Latititude 33 Investments, LLC**
**High Seas Properties, Inc.**
**1030 Jenkins Road, Suite C**
**Charleston, SC 29407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,785.94** |
|---|---|---|---|

**Liberty Cedar, Inc.**
**325 Liberty Lane**
**West Kingston, RI 02892**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/06/2014**

Basis for the claim: _

Last 4 digits of account number  **Salem**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lloyd Derreberry**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Salem Services Group, LLC** | | Case number (if known) | **16-30919** |
|--------|-------------------------------|--|------------------------|--------------|
| | Name | | | |

| | | | |
|--|--|--|--|
| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Lloyd S. Derreberry** | ☐ Contingent | |
| | **426 Fulton Street** | ☐ Unliquidated | |
| | **Kings Mountain, NC 28086-2327** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Notice Purposes__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$406.88** |
| | **Lynn Ladder and Scaffolding** | ☐ Contingent | |
| | **4908 Highway 501** | ☐ Unliquidated | |
| | **Myrtle Beach, SC 29579** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **5784** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43.90** |
| | **Managed Pharmacy Programs** | ☐ Contingent | |
| | **10860 N. Mavinee Drive** | ☐ Unliquidated | |
| | **Oro Valley, AZ 85737** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **83AB** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Matthew W. Moore** | ☐ Contingent | |
| | **8120 Park Vista Circle** | ☐ Unliquidated | |
| | **Charlotte, NC 28226** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Notice purposes only__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Mecklenburg Co Child Support Enforcement** | ☐ Contingent | |
| | **5800 Executive Center Drive, Suite 200** | ☐ Unliquidated | |
| | **Charlotte, NC 28212** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Notice Purposes Only__ | |
| | Last 4 digits of account number **9976** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Mecklenburg County Tax Collector** | ☐ Contingent | |
| | **P.O. Box 31457** | ☐ Unliquidated | |
| | **Charlotte, NC 28231-1457** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Michael R. Moore** | ☐ Contingent | |
| | **14124 Maple Hollow Lane** | ☐ Unliquidated | |
| | **Charlotte, NC 28227** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Notice purposes only__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Salem Services Group, LLC** | | Case number (if known) | **16-30919** |
|---|---|---|---|---|

Name

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,804.68** |
|---|---|---|---|

**Mobile Mini, Inc.**
**4646 E. Van Buren, 4th Floor**
**Phoenix, AZ 85008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9019**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**NC Child Support Centralized Collections**
**P.O. Box 900012**
**Raleigh, NC 27675-9012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**NC Division of Motor Vehicles**
**P.O. Box 29620**
**Raleigh, NC 27626-0620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,131.68** |
|---|---|---|---|

**New South Construction Supply, LLC**
**Attn.: Suzanne Godwin**
**9N Kings Road**
**Greenville, SC 29605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Northwestern Mutual**
**720 East Wisconsin Avenue**
**Milwaukee, WI 53202-5797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$144.00** |
|---|---|---|---|

**Occupational Health Centers**
**of Southwest P.A.**
**P.O. Box 82730**
**Atlanta, GA 30354-0730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65.10** |
|---|---|---|---|

**Palmetto Masonry & Landscape Supplies**
**P.O. Box 70116**
**North Charleston, SC 29415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2625**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Salem Services Group, LLC** | | Case number (if known) | **16-30919** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,467.91** |
|---|---|---|---|
| | **Pella Window and Door, LLC** | ☐ Contingent | |
| | **Attn.: Amanda Van Wyk** | ☐ Unliquidated | |
| | **P.O. Box 2268** | ☐ Disputed | |
| | **Irmo, SC 29063** | | |
| | | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **Citadel** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$456.64** |
|---|---|---|---|
| | **Personal Concepts** | ☐ Contingent | |
| | **c/o RMS** | ☐ Unliquidated | |
| | **P.O. Box 361595** | ☐ Disputed | |
| | **Columbus, OH 43236** | | |
| | | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **51M3** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Pneumatic Trim of Bluffton, Inc.** | ☐ Contingent | |
| | **8 Minuteman Drive** | ☐ Unliquidated | |
| | **Bluffton, SC 29910** | ☐ Disputed | |
| | Date(s) debt was incurred **12/2014 - 02/2015** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Polk County Child Support Enforcement** | ☐ Contingent | |
| | **231 Wolverine Trail** | ☐ Unliquidated | |
| | **Mill Spring, NC 28756** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number **1692** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,222.63** |
|---|---|---|---|
| | **PPG Architectural Coatings** | ☐ Contingent | |
| | **One PPG Place** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15272** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$198.79** |
|---|---|---|---|
| | **Quill** | ☐ Contingent | |
| | **P.O. Box 37600** | ☐ Unliquidated | |
| | **Philadelphia, PA 19101-0600** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **0238** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Richard Kevin Alsobrook** | ☐ Contingent | |
| | **418 N. Church Street** | ☐ Unliquidated | |
| | **Manning, SC 29102** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Salem Services Group, LLC** | Case number (*if known*) | **16-30919** |
|---|---|---|---|
| | Name | | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,006.23 |
|---|---|---|---|

**Richbourg Rentals**
**c/o Aiken, Bridges**
**Attn.: Matthew N. Tyler, Esq.**
**P.O. Drawer 1931**
**Florence, SC 29503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2014 - 10/2014**

Basis for the claim:  **2015 CP 21 1268**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,716.75 |
|---|---|---|---|

**Safeworks LLC Spider**
**c/o Smith Debnam**
**Attn: Gerald H. Groon, Jr., Esq.**
**P.O. Box 26268**
**Raleigh, NC 27611-6268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1189**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,658.60 |
|---|---|---|---|

**Safway Services, LLC**
**3325 Hill Park Drive**
**North Charleston, SC 29418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **2015CV01149 Judgment**

Last 4 digits of account number  **8300**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Santee Cooper**
**P.O. Box 188**
**Moncks Corner, SC 29461-0188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1312**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**SC Department of Employment & Workforce**
**P.O. Box 995**
**Columbia, SC 29202-0995**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**SC Hospital Association**
**1000 Center Point Road**
**Columbia, SC 29210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2224**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Social Security Admistration**
**1463 Tobias Gadson Boulevard**
**Charleston, SC 29407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **930A**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Salem Services Group, LLC** | Case number (if known) | **16-30919** |
|---|---|---|---|
| | Name | | |

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Southeastern Freight Lines, Inc.**
**P.O. Box 1691**
**Columbia, SC 29202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5117**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Southern Rehabilitation Network, Inc.**
**9370 Falls of Neuse, Suite 101**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5694**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,676.79**

**Spectrum Paint**
**15247 E. Skelly Drive**
**Tulsa, OK 74116-2620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,670.00**

**Strongwall Industries, Inc.**
**107 Chestnut Street**
**Ridgewood, NJ 07450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0184**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$98.00**

**Superior Automatic Fire Equipment, Inc.**
**105 Corporate Boulevard**
**P.O. Box 670**
**Indian Trail, NC 28079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9167**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,021.28**

**Synchrony Bank / Lowe's**
**Attn: Bankruptcy Department**
**P.O. Box 965060**
**Orlando, FL 32896-5060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Tammy Schatzel-Gordon**
**c/o Catherine Lee, Esq.**
**510 Glenwood Avenue, Suite 301**
**Raleigh, NC 27603**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **587C**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Salem Services Group, LLC** | Case number (if known) | **16-30919** |
|---|---|---|---|

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,000.00**

TeamCraft Roofing, Inc.
1316 North Long Street
Salisbury, NC 28144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$108.89**

Technocom
3330 Monroe Road
Charlotte, NC 28205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **SS09**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,200.00**

Tendon Systems, LLC
1255 Buford Highway, Suite 204
Suwanee, GA 30024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2014**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

TN Department of Commerce & Insurance
500 James Robertson Parkway
Nashville, TN 37243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,427.02**

Tools and Accessories Corp.
8975 Henkels Lane, Suite 710
Annapolis Junction, MD 20701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2014**

Basis for the claim: _

Last 4 digits of account number  **7643**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,481.56**

Tremco, Inc.
3735 Green Road
Beachwood, OH 44122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$405.01**

Trimtec
2455 Harrisburg Pike
Grove City, OH 43123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1982**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Salem Services Group, LLC** | | Case number (if known) | **16-30919** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31.57** |
|---|---|---|---|

**Union County Tax Collector**
**P.O. Box 38**
**Monroe, NC 28111**

Date(s) debt was incurred _

Last 4 digits of account number  **4122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,448.85** |
|---|---|---|---|

**United Rentals**
**Branch 394**
**811 Post Street**
**Greensboro, NC 27405-7262**

Date(s) debt was incurred  **2014**

Last 4 digits of account number  **4585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,191.00** |
|---|---|---|---|

**United Welding & Iron Work, LLC**
**3539 Dewitt Lane**
**Charlotte, NC 28217**

Date(s) debt was incurred  **04/2014 and 06/2014**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,892.98** |
|---|---|---|---|

**Verizon**
**455 Duke Drive**
**Franklin, TN 37067**

Date(s) debt was incurred _

Last 4 digits of account number  **0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Vincent Cash**
**1000 King Street**
**Charleston, SC 29403**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,594.32** |
|---|---|---|---|

**Volvo Financial Services**
**P.O. Box 91300**
**Mobile, AL 36691-1300**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2013 Volvo XC90 (VIN: YV4952CY5D1638277)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,204.64** |
|---|---|---|---|

**Waste Connections of Carolina**
**5516 Rozzelles Ferry Road**
**Charlotte, NC 28214**

Date(s) debt was incurred _

Last 4 digits of account number  **0907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Salem Services Group, LLC** | Case number *(if known)* | **16-30919** |
|---|---|---|---|
| | Name | | |

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.29** |
|---|---|---|---|

**Waste Management**
2625 W. Grandview Road
Phoenix, AZ 85023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3478**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,882.31** |
|---|---|---|---|

**Watson Bowman Acme Corp.**
Attn: Jeremy Juliano
95 Pineview Drive
Amherst, NY 14228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/19/2014-9/26/2014**

Basis for the claim: _

Last 4 digits of account number  **5109**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Williams Business Properties**
624-101 Matthews Mint-Hill Road
Matthews, NC 28105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Leased Business Space**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,038.36** |
|---|---|---|---|

**Wincourse Technologies**
c/o Gerald H. Groon, Jr., Esq.
Smith Debnam
4601 Six Forks Road, Suite 400
Raleigh, NC 27609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$475.95** |
|---|---|---|---|

**Yellow Pages Directories, Inc.**
PMB# 179
6 Liberty Square
Boston, MA 02109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5192**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ADT Security, LLC**<br>c/o Sko Brenner American<br>P.O. Box 9320<br>Baldwin, NY 11510 | Line  **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **BB & T Financial, FSB**<br>Bankcard Service Center<br>P.O. Box 698<br>Wilson, NC 27894-0698 | Line  **3.17**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **Salem Services Group, LLC** | Case number (if known) | **16-30919** |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **BB&T**<br>**200 S. College St. 2nd Floor**<br>**Charlotte, NC 28202** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Bernhardt & Strawser, P.A.**<br>**5821 Fairview Road, Suite 100**<br>**Charlotte, NC 28209** | Line **3.46**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **C. Hamilton Jarrett, Esq.**<br>**Conner Gwyn Schneck, PLLC**<br>**P.O. Box 30933**<br>**Raleigh, NC 27622** | Line **3.88**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Caleb M. Riser, Esq.**<br>**Richardson Plowden**<br>**P.O. Drawer 7788**<br>**Columbia, SC 29202** | Line **3.92**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Callison Tighe**<br>**P.O. Box 1390**<br>**Columbia, SC 29202** | Line **3.98**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Capitol Materials of Savannah**<br>**305 Telfair Road**<br>**P.O. Box 2847**<br>**Savannah, GA 31402-2847** | Line **3.26**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Cisco, Inc.**<br>**1702 Townhurst Drive**<br>**Houston, TX 77043** | Line **3.58**<br>☐ Not listed. Explain ____ | **4000** |
| 4.10 | **Cisco, Inc.**<br>**P.O. Box 801088**<br>**Houston, TX 77280-1088** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Cisco, Inc.**<br>**1702 Townhurst Drive**<br>**Houston, TX 77043** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **CK Supply - Columbia**<br>**738 Mauney Drive**<br>**Columbia, SC 29201** | Line **3.74**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Client Services, Inc.**<br>**3451 Harry S. Truman Blvd.**<br>**Saint Charles, MO 63301-4047** | Line **3.111**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **D&S, Ltd.**<br>**13809 Research Boulevard, Suite 800**<br>**Austin, TX 78750** | Line **3.111**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **DeHaan & Bach**<br>**25 Whitney Drive, Suite 106**<br>**P.O. Box 929**<br>**Milford, OH 45150** | Line **3.96**<br>☐ Not listed. Explain ____ | **8201** |

| Debtor | **Salem Services Group, LLC** | Case number (if known) | **16-30919** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.16 | **Eastern Supply Corporation**<br>P.O. Box 669753<br>Charlotte, NC 28266 | Line **3.41**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Funding Circle**<br>P.O. Box 1719<br>Portland, OR 97207-1719 | Line **3.47**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Georgia Surety Company, Inc.**<br>10710 Sikes Place, Suite 125<br>Charlotte, NC 28277 | Line **3.41**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Gilmore Insurance & Associates**<br>P.O. Box 1069<br>Concord, NC 28026-1069 | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Gleissner Law Firm, LLC**<br>1237 Gadsden Street, Suite 200A<br>Columbia, SC 29201 | Line **3.99**<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Guaranteed Supply Company**<br>1211 Rotherwood Road<br>Greensboro, NC 27406 | Line **3.54**<br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Hertz Equipment Rental**<br>P.O. Box 26360<br>Oklahoma City, OK 73126-0360 | Line **3.59**<br>☐ Not listed. Explain ____ | _ |
| 4.23 | **James L. Fretwell, Esq.**<br>Rallings & Associates, PLLC<br>3121 Springbank Lane, Suite C<br>Charlotte, NC 28226 | Line **3.58**<br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Master Credit Consultants, Inc.**<br>23240 Chagrin Blvd., Suite 410<br>Cleveland, OH 44122 | Line **3.128**<br>☐ Not listed. Explain ____ | **5080** |
| 4.25 | **NACM South Atlantic**<br>6290 Edgewater Drive<br>Orlando, FL 32810 | Line **3.88**<br>☐ Not listed. Explain ____ | _ |
| 4.26 | **NC Department of Revenue**<br>P.O. Box 25000<br>Raleigh, NC 27640-0150 | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.27 | **Pella Window & Door, LLC**<br>c/o Caleb M. Riser<br>Richardson Plowden & Robinson, P.A.<br>1900 Barnwell Street<br>Columbia, SC 29201 | Line **3.92**<br>☐ Not listed. Explain ____ | _ |
| 4.28 | **Rauch-Milliken International, Inc.**<br>P.O. Box 8390<br>Metairie, LA 70011-8390 | Line **3.100**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Salem Services Group, LLC** | Case number (if known) | **16-30919** |
|---|---|---|---|

Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.29 **Receivable Management Services**<br>**1250 E. Diehl Road, Suite 300**<br>**P.O. Box 3099**<br>**Naperville, IL 60563** | Line **3.97**<br><br>☐ Not listed. Explain ____ | _ |
| 4.30 **Safway Services, LLC**<br>**N19 W24200 Riverwood Drive**<br>**Waukesha, WI 53188** | Line **3.101**<br><br>☐ Not listed. Explain ____ | _ |
| 4.31 **Spider, A Division of Safeworks, LLC**<br>**365 Upland Drive**<br>**Tukwila, WA 98188** | Line **3.100**<br><br>☐ Not listed. Explain ____ | _ |
| 4.32 **Steven S. McKenzie, Esq.**<br>**Coffey, Chandler & McKenzie, P.A.**<br>**2 North Brooks Street**<br>**Manning, SC 29102** | Line **3.98**<br><br>☐ Not listed. Explain ____ | _ |
| 4.33 **Tammy L. Schatzel-Gordon**<br>**14521 Phillips Road**<br>**Matthews, NC 28105-4022** | Line **3.112**<br><br>☐ Not listed. Explain ____ | _ |
| 4.34 **TeamCraft Roofing, Inc.**<br>**c/o Ronnie D. Crisco, Jr., Esq.**<br>**Homesley & Wingo Law Group PLLC**<br>**30 South Main Street**<br>**Mooresville, NC 28115** | Line **3.113**<br><br>☐ Not listed. Explain ____ | _ |
| 4.35 **The Law Offices of Mark A. Kirkorsky**<br>**Attn: Kevin Skaff, Executive Acct Mgr**<br>**1119 W. Southern Avenue, 2nd Floor**<br>**Mesa, AZ 85210** | Line **3.121**<br><br>☐ Not listed. Explain ____ | _ |
| 4.36 **The Regional Medical Center**<br>**c/o Liza Porterfield, CFO**<br>**3000 St. Matthews Road**<br>**Orangeburg, SC 29118** | Line **3.41**<br><br>☐ Not listed. Explain ____ | _ |
| 4.37 **Transworld Systems, Inc.**<br>**P.O. Box 17221**<br>**Wilmington, DE 19850** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.38 **Union County Tax Administrator**<br>**Attn: Revenue Division**<br>**500 N. Main Street, Suite 119**<br>**Monroe, NC 28112** | Line **3.120**<br><br>☐ Not listed. Explain ____ | _ |
| 4.39 **VeriCore**<br>**10115 Kincey Avenue, Suite 100**<br>**Huntersville, NC 28078** | Line **3.130**<br><br>☐ Not listed. Explain ____ | **0078** |
| 4.40 **Verizon**<br>**P.O. Box 25505**<br>**Lehigh Valley, PA 18002-5505** | Line **3.123**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Salem Services Group, LLC** | Case number (if known) | **16-30919** |
|--------|-------------------------------|------------------------|--------------|
|        | Name                          |                        |              |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.41 | **W. Donald Morgan, Jr.**<br>**Don Morgan, P.C.**<br>**P.O. Box 2056**<br>**Columbus, GA 31902** | Line  **3.115**<br><br>☐ Not listed. Explain ____ | _ |
| 4.42 | **Wagner, Falconer & Judd, LTd.**<br>**Attn: Daniel J. Reich, Esq.**<br>**325 N. Corporate Drive, Suite 100**<br>**Brookfield, WI 53045-5828** | Line  **3.101**<br><br>☐ Not listed. Explain ____ | _ |
| 4.43 | **Westchester Fire Insurance Company**<br>**Attn: Stephen M. Haney**<br>**436 Walnut Street WA10F**<br>**Philadelphia, PA 19106** | Line  **3.41**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 4,697.26 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,284,237.43 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,288,934.69 |

**Fill in this information to identify the case:**

Debtor name     **Salem Services Group, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)     **16-30919**

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sub-lease of office space located at 624-B Matthews-Mint Hill Road, Matthews, NC**<br><br><br>**Combine Basketball**<br>**624-B Matthews-Mint Hill Road**<br>**Matthews, NC 28105** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Preventative maintenance contract for HVAC**<br><br>**Unknown**<br><br>**DesignConditions**<br>**P.O. Box 431**<br>**Indian Trail, NC 28079-0410** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of Sage software**<br><br><br>**Unknown**<br><br>**EverBank Commercial Finance, Inc.**<br>**P.O. Box 911608**<br>**Denver, CO 80291-1608** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Station I IH**<br><br><br><br>**Holliday Vacations, Inc.**<br>**2002 Eastwood Road #106**<br>**Wilmington, NC 28403** |

| Debtor 1 | **Salem Services Group, LLC** | | Case number *(if known)* | **16-30919** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease for property located at 3931 Mega Drive, Unit 10, Myrtle Beach, SC 29588** | |
|---|---|---|---|
| | State the term remaining | | **JEBS Development, LLC** |
| | List the contract number of any government contract | | **P.O. Box 348**<br>**Murrells Inlet, SC 29576** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease for property located at 2487 Ashley River Road, Suite 21, Charleston, NC 29414** | |
|---|---|---|---|
| | State the term remaining | | **Latitude 33 Investments, LLC**<br>**High Seas Properties, Inc.** |
| | List the contract number of any government contract | | **1030 Jenkins Road, Suite C**<br>**Charleston, SC 29407** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Phone System - Debtor to Reject** | |
|---|---|---|---|
| | State the term remaining | **48 months** | **Marlin Business Bank** |
| | List the contract number of any government contract | | **P.O. Box 637**<br>**Mount Laurel, NJ 08054** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Rented containers - Debtor to reject** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Mobile Mini, Inc.** |
| | List the contract number of any government contract | | **4646 E. Van Buren, 4th Floor**<br>**Phoenix, AZ 85008** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Service of Kyocera Copier** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Technocom** |
| | List the contract number of any government contract | | **3330 Monroe Road**<br>**Charlotte, NC 28205** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for waste removal services** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Waste Connections of Carolina**<br>**5516 Rozzelles Ferry Road**<br>**Charlotte, NC 28214** |

| Debtor 1 | **Salem Services Group, LLC** | | | Case number *(if known)* | **16-30919** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Copier lease - Debtor to Reject** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wells Fargo** |

| | | | |
|---|---|---|---|
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease for property located at 624 Matthews-Mint Hill Road, Suite A, Matthews, NC 28105** | |
| | State the term remaining | | **Williams Business Properties, LLC** |
| | List the contract number of any government contract | | **624-101 Matthews-Mint Hill Road Matthews, NC 28105** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Salem Services Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **16-30919**

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Gary Moore** | **9417 White Dove Court**<br>**Charlotte, NC 28277-9021** | **Marlin Business Bank** | ■ D   **2.7**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Matt Moore** | | **Latititude 33 Investments, LLC** | ☐ D _____<br>■ E/F   **3.75**<br>☐ G _____ |
| 2.3 | **Michael Moore** | **624-A Matthews Mint-Hill Road**<br>**Matthews, NC 28105** | **JEBS Development, LLC** | ☐ D _____<br>■ E/F   **3.70**<br>☐ G _____ |
| 2.4 | **Matthew W. Moore** | **8120 Park Vista Circle**<br>**Charlotte, NC 28226** | **Latitude 33 Investments, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.7** |
| 2.5 | **Mike Moore** | **14124 Maple Hollow Lane**<br>**Charlotte, NC 28227** | **JEBS Development, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.2** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Salem Services Group, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **16-30919**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>**2013 Gross Income from operation of business**<br>☐ Other | **Unknown** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>**2014 Gross Income from operation of business**<br>☐ Other | **Unknown** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>**2015 Year to Date Gross Income from operation of business**<br>☐ Other | **$8,273,025.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | **Salem Services Group, LLC** | Case number *(if known)* | **16-30919** |

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Safway Services, LLC**<br>**3325 Hill Park Drive**<br>**North Charleston, SC 29418** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Judgment creditor** |
| 3.2. **Kenseal Construction Products**<br>**of the Carolinas, LLC**<br>**c/o Vann Attorneys, PLLC**<br>**1720 Hillsborough Street, Suite 200**<br>**Raleigh, NC 27605** | | **$2,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Williams Business Properties, LLC**<br>**624-101 Matthews-Mint Hill Road**<br>**Matthews, NC 28105** | | **$3,900.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Leased office space** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Gary W. Moore**<br>**9417 White Dove Court**<br>**Charlotte, NC 28277**<br>**Principal** | **Multiple** | **Unknown** | **Reimbursement of expenses** |
| 4.2. **Matthew W. Moore**<br>**8120 Park Vista Circle**<br>**Charlotte, NC 28226**<br>**Employee/Principal's son** | **Multiple** | **Unknown** | **Reimbursement of expenses** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ally**<br>**P.O. Box 380902**<br>**Minneapolis, MN 55438-0902** | **2008 Chevy Silverado (VIN#:**<br>**1GBJK33608F184854)** | **Around April 27, 2016** | **Unknown** |

Debtor   **Salem Services Group, LLC**                                    Case number (if known)   **16-30919**

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ally**<br>**P.O. Box 380902**<br>**Bloomington, MN 55438-0902** | **2008 Chevy Silverado (VIN#: 3GCEC13C08G239175)** | **About April 26, 2016** | **Unknown** |
| **Coastal Federal Credit Union** | **2005 Ford Econoline Van (VIN: 1FBSS31P35HA16741)** | **2016** | **$5,500.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Safway Services, LLC vs. Salem Services Group, LLC**<br>**2015-CV-001149** | **Collection** | **State of Wisconsin Circuit Court, Waukes** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Safway Services, LLC vs. Salem Services Group, LLC**<br>**16-CVS-3693** | **Collection** | **Mecklenburg County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Kenseal Construction Products of Carolinas, LLC vs. Salem Services Group**<br>**16-CVS-7318** | **Collection - Judgment entered April 26, 2016** | **Mecklenburg County Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Kenseal Construction Products of Carolinas, LLC vs. Salem Services Group, LLC**<br>**15-CVS-6817** | **Collections** | **Wake County Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **NC Department of Commerce Division of Employment Security - Appeals Section; Appeals Docket No.: CII-A-05875 In the matter of: Salem Services Group, LLC (Employer) and Tammy Schatzel-Gordon (Claimant) CII-A-05875** | **Claim for unemployment benefits** | **NC Department of Comerce Division of Emp** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **New South Supply, LLC vs. Salem Services Group, LLC**<br>**15-CVM-16159** | **Collection** | **Mecklenburg County General Court of Just** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    **Salem Services Group, LLC**    Case number (if known)  **16-30919**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.7. | **RCE, LLC d/b/a Richbourg's Rentals; Case No.: 2015 CP 21 1268**<br>**2015 CP 21 1268** | **Collection** | **South Carolina Court of Common Pleas** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **Fleetcor Technologies Operating Company, LLC vs. Salem Services Group, LLC 15-CVD-19211** | **Collections** | **Mecklenburg County District Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| **2006 Chevrolet Dually** | **Claim ending in 4659 field with EMC Insurance** | **03/2016** | **$0.00** |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Salem Services Group, LLC**                                    Case number *(if known)*  **16-30919**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **David R. Badger, P.A. 2108 South Boulevard Suite 118, Atherton Lofts Charlotte, NC 28203** | **$10,000.00 retainer for workout/Chapter 7 bankruptcy 03/30/2014 $2,750.00 paid 02/26/2015 $3,014.25 paid 06/02/2016** | **03/30/2014 02/26/2015 06/02/2016** | **$15,764.25** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Unknown** | **2013 Volvo XC90 (VIN: YV4952CY5D1638277); Lien to Volvo Financial of approximately $19,500** | **2015** | **Unknown** |
| | Relationship to debtor | | | |
| 13.2. | **Gary Moore** | **1999 Ford F-250 (VIN: 1FTMX20F2XEE28652); previously titled in the name of Elyse Marie Moore and Michael Ryan Moore and used for business purposes** | **Late 2014 or early 2015** | **$3,000.00** |
| | Relationship to debtor **Managing Member** | | | |
| 13.3. | **Unknown** | **2008 Ford E Series Van (VIN: 1FTNE24W08DA62956). Titled in the name of Salem Services Group.** | **Unknown** | **$3,600.00** |
| | Relationship to debtor | | | |
| 13.4. | **Unknown** | **2007 Chevrolet Silverado 2500 (VIN: 1CGHC23K87F563923). Titled in the name of Salem Contracting, Inc.** | **Unknown** | **$1,800.00** |
| | Relationship to debtor | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
                                                                       Best Case Bankruptcy

| Debtor | **Salem Services Group, LLC** | Case number *(if known)* **16-30919** |
|---|---|---|

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.5. | **Unknown** | **1998 Ford Ranger (VIN: 1FTYR10UoWC38264)** | **2015** | **$1,200.00** |
| | Relationship to debtor | | | |

---

## Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Salem Services Group, LLC**                                    Case number *(if known)*   **16-30919**

---

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Combine Basketball**<br>**624-B Matthews-Mint Hill Road**<br>**Matthews, NC 28105** | **Salem Services Group, LLC** | **Security deposit in the amount of $2,500.00 for sub-lease of office space at 624-B Matthews-Mint Hill Road** | **$2,500.00** |

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

---

| Debtor | **Salem Services Group, LLC** | Case number *(if known)* **16-30919** |

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.    **Salem Services Group, LLC<br>624 Matthews-Mint Hill Road,<br>Suite A<br>Matthews, NC 28105** | **General Contractor/Building<br>Restoration** | EIN:    **45-3563447**<br><br>From-To    **05/07/2010 - 04/2016** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Davies, Goldstein & Associates CPAs<br>P.O. Box 156<br>Matthews, NC 28105** | **2011 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Internal Revenue Service<br>Attn.: Insolvency Unit<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

Debtor    **Salem Services Group, LLC**                                 Case number *(if known)*  **16-30919**

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gary W. Moore | 9417 White Dove Court Charlotte, NC 28277 | Managing Member | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Gary W. Moore 9417 White Dove Court Charlotte, NC 28277 | $1,442.31 weekly | Weekly | Salary |
| | **Relationship to debtor** Managing Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Salem Services Group, LLC**                                          Case number *(if known)*    **16-30919**

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 30, 2016**

**/s/ Gary Moore**                                                    **Gary Moore**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of North Carolina

In re __Salem Services Group, LLC__      Case No. __16-30919__
Debtor(s)      Chapter __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 10,000.00 |
| Prior to the filing of this statement I have received | $ 10,000.00 |
| Balance Due | $ 0.00 |

2. $ __335.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e. [Other provisions as needed]
         **The above legal services are limited by the terms of the fee contract.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Services/Fees over the contract post petition.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 30, 2016** | **/s/ David R. Badger** |
| _Date_ | **David R. Badger 156** |
| | _Signature of Attorney_ |
| | **David R. Badger, P.A.** |
| | **2108 South Boulevard** |
| | **Suite 118, Atherton Lofts** |
| | **Charlotte, NC 28203** |
| | **(704) 375-8875  Fax: (704) 375-8835** |
| | _Name of law firm_ |