| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Salem Services Group, LLC** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  **45–3563447** |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Western District of North Carolina** | | |
| Case number:   **16–30919** | | |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- A. Burton Shuford is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 7 case of the above named debtor is closed.

Dated: June 13, 2018
BY THE COURT


J. Craig Whitley

United States Bankruptcy Judge


Electronically filed and signed (6/13/18)